# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

141519 & (18)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DANIEL B. TREVINO,
      Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141519
COA: 298040
Wayne CC: 09-030601-02

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 21, 2010 order of the Court of Appeals is considered. Because the application seeks to appeal a ruling made in connection with this case, which has since been dismissed, it is DISMISSED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010
_____
Clerk

0830